# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>FLOAREA GHIOCEL (2),<br><br>              Defendant. | Criminal Case No. 23cr00650-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information .

Dated:  7/11/2023

*(signature)*
Hon. Larry Alan Burns
United States District Judge